# Order

Michigan Supreme Court
Lansing, Michigan

September 23, 2009

Marilyn Kelly,
Chief Justice

138928

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RANDALL SCOTT WOZNIAK,
        Defendant-Appellant.

SC: 138928
COA: 291114
Kent CC: 06-009516-FH

_____/

On order of the Court, the application for leave to appeal the April 28, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

Clerk

p0916